# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2921
_____

TIMOTHY C. NIX,

    Appellant,

    v.

TAMPA MARRIOTT WESTSHORE
and MARRIOTT CLAIMS SERVICE -
ATLANTA REGION,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
David W. Langham, Judge.

Date of Accident:  February 24, 1989.

January 29, 2025

PER CURIAM.

The Court notes the response to the order to show cause why this appeal should not be dismissed as untimely. Appellant has failed to make that showing. DISMISSED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Timothy C. Nix, pro se, Appellant.

No appearance for Appellees.